Exhibit A

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.15.52.160 | 2011-12-10 00:52:06 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 108.15.59.182 | 2011-11-11 12:41:48 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 108.28.6.39 | 2011-11-08 02:56:04 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.28.72.80 | 2011-10-18 11:05:50 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 108.45.29.130 | 2011-12-03 02:59:38 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 108.56.244.234 | 2011-11-13 08:02:38 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 108.97.11.83 | 2011-11-16 13:07:18 -0500 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 173.64.120.125 | 2011-11-13 15:09:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 173.64.127.18 | 2011-10-27 01:58:27 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 173.66.135.70 | 2011-11-12 21:46:02 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 173.66.138.224 | 2011-11-29 18:50:34 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 173.66.153.49 | 2011-11-19 01:21:01 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 173.66.155.163 | 2011-11-13 12:19:15 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 173.67.22.226 | 2011-11-11 12:48:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 173.69.170.159 | 2011-11-11 11:10:51 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 173.73.113.127 | 2011-11-29 18:09:54 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 173.73.59.137 | 2011-11-14 10:04:16 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 173.79.148.136 | 2011-11-16 12:24:59 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 173.79.17.175 | 2011-12-08 02:09:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 173.79.43.108 | 2011-11-09 15:48:02 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 173.79.52.55 | 2011-10-18 10:46:56 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 184.240.193.47 | 2011-11-29 02:11:22 -0500 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 24.126.65.176 | 2011-10-23 08:17:47 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 24.126.86.113 | 2011-12-15 07:02:09 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 24.245.102.215 | 2011-10-27 01:15:26 -0400 | GMP Cable TV | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 68.33.134.147 | 2011-10-25 09:11:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 68.33.251.149 | 2011-11-05 18:14:14 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 28 | 68.34.29.152 | 2011-12-05 01:38:05 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 29 | 68.34.81.84 | 2011-11-12 06:49:29 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|---|---|---|---|---|---|
| Doe 30 | 68.48.17.251 | 2011-10-30 19:02:14 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 68.48.204.179 | 2011-12-14 21:33:02 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 68.48.224.14 | 2011-11-01 22:08:26 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 68.49.162.79 | 2011-10-20 15:06:42 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 68.49.200.10 | 2011-11-27 20:41:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 68.49.234.46 | 2011-11-13 17:50:14 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 68.49.86.246 | 2011-12-06 20:39:53 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 68.50.111.216 | 2011-11-27 14:41:20 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 68.50.41.120 | 2011-11-08 20:51:51 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 68.50.82.85 | 2011-11-28 02:58:39 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 68.55.84.103 | 2011-11-02 22:57:44 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 69.138.197.102 | 2011-12-05 21:10:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 69.140.213.3 | 2011-10-23 17:52:38 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 69.140.247.153 | 2011-11-14 21:11:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 69.143.250.44 | 2011-12-04 23:59:39 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 69.243.59.193 | 2011-11-03 01:01:19 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 69.244.71.71 | 2011-11-08 12:06:37 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 69.250.113.103 | 2011-12-11 08:47:11 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 69.250.80.46 | 2011-12-03 01:12:02 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 69.250.88.199 | 2011-10-18 23:05:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 69.251.0.23 | 2011-11-12 06:09:51 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 69.251.195.10 | 2011-10-22 15:25:06 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 69.251.254.175 | 2011-12-01 00:46:00 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 69.255.233.222 | 2011-11-13 03:55:03 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 71.126.179.24 | 2011-11-15 21:42:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 71.163.3.79 | 2011-12-13 17:25:36 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 71.163.51.230 | 2011-11-01 20:59:48 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 71.163.86.36 | 2011-12-11 02:59:53 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 71.166.62.82 | 2011-12-09 21:11:54 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 71.178.49.219 | 2011-11-20 01:46:23 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 71.191.146.74 | 2011-10-24 08:26:13 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 71.200.125.50 | 2011-10-27 19:46:00 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 72.81.247.216 | 2011-11-12 19:59:40 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 72.9.6.238 | 2011-11-18 20:51:08 -0500 | MetroCast Cablevision | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 64 | 74.103.35.207 | 2011-10-31 20:06:56 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 65 | 74.107.126.250 | 2011-11-26 20:33:53 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|---|---|---|---|---|---|
| Doe 66 | 74.107.95.78 | 2011-11-20 21:30:03 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 74.96.239.9 | 2011-11-13 15:06:23 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 76.100.113.78 | 2011-11-12 13:19:34 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 76.100.124.26 | 2011-11-12 20:21:49 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 76.100.200.50 | 2011-10-30 04:17:07 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 76.21.147.45 | 2011-10-29 03:21:00 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 76.21.167.57 | 2011-11-11 23:07:44 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 73 | 76.21.234.180 | 2011-12-12 17:28:00 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 74 | 96.231.23.208 | 2011-11-06 22:57:17 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 75 | 96.234.174.119 | 2011-11-10 02:57:10 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 76 | 96.255.243.183 | 2011-10-20 02:09:58 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 77 | 96.255.71.76 | 2011-11-21 10:38:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 78 | 98.117.211.22 | 2011-12-15 23:11:21 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 79 | 98.141.149.52 | 2011-11-07 21:46:02 -0500 | Cavalier Telephone | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 80 | 98.192.217.55 | 2011-11-13 00:48:35 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 81 | 98.204.239.80 | 2011-11-12 10:32:37 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 82 | 98.211.118.64 | 2011-11-01 20:14:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 83 | 98.218.118.123 | 2011-10-27 15:40:54 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 84 | 98.231.130.143 | 2011-11-06 12:57:42 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 85 | 98.233.222.211 | 2011-11-11 08:24:58 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |