Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| Third Degree Films, Inc. | CASE NO. 12-CV-00023-RWT |
|---|---|
| Plaintiff, | Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 15, 21, 25, 27, 54, 58, 66 |
| v. | |
| DOES 1-85, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 15 | 173.69.170.159 | 2011-11-11 11:10:51 -0500 |
| Doe 21 | 173.79.52.55 | 2011-10-18 10:46:56 -0400 |
| Doe 25 | 24.245.102.215 | 2011-10-27 01:15:26 -0400 |
| Doe 27 | 68.33.251.149 | 2011-11-05 18:14:14 -0400 |
| Doe 54 | 71.126.179.24 | 2011-11-15 21:42:49 -0500 |
| Doe 58 | 71.166.62.82 | 2011-12-09 21:11:54 -0500 |
| Doe 66 | 74.107.95.78 | 2011-11-20 21:30:03 -0500 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Date: March 14, 2012

Respectfully submitted,

*[signature]*

Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

"APPROVED" THIS 18th DAY of April 2012

*[signature]*
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 12-CV-00023-RWT

2