UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THIRD DEGREE FILMS, INC.<br>20525 Nordhoff Street, Suite 25<br>Chatsworth, CA 91311<br><br>       Plaintiff,<br><br>v.<br><br>DOES 1 – 85<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action 12-cv-00023-RWT<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

The reason is that the Court issued an order on April 18, 2012, severing the Doe defendants except Doe #1. Plaintiff has received notice from the ISP for Doe #1 (Verizon) that Doe #1 cannot be located. Thus, Plaintiff is unable to proceed against Doe #1.

Plaintiff has notified the ISPs of the Court's order of April 18, 2012.

Respectfully submitted this 8th day of May, 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (Bar ID 16007)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

"APPROVED" THIS 8th DAY
of May, 2012.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

1